

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00885-CV

**IN RE** Gary A. **CAMPBELL**

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-10935
Honorable Janet P. Littlejohn, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE BARNARD, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the order of the trial court is AFFIRMED. It is ORDERED that no costs shall be assessed against appellant, Gary A. Campbell, in relation to this appeal because he qualifies as indigent under TEX. R. APP. P. 20.

SIGNED June 4, 2014.

Catherine Stone, Chief Justice